No. 83–5349.   MILLER v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–5385.   MATHIS v. UNITED STATES; and FOSTER v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   Reported below: 720 F. 2d 669 (first case); 720 F. 2d 668 (second case).

No. 83–5483.   BEALE v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 83–5512.   WILSON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–5560.   WARE v. UNITED STATES;
No. 83–5613.   McGUIRE v. UNITED STATES; and
No. 83–5650.   ARABIA v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.   Reported below: 715 F. 2d 810.

No. 83–5563.   DENNIS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–5586.   HOLT v. CONTINENTAL GROUP, INC.   C. A. 2d Cir.   Certiorari denied.

No. 83–5606.   FORD v. DAVIS, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 83–5609.   CROWE v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–5611.   WINDSOR v. THE TENNESSEAN ET AL.   Ct. App. Tenn.   Certiorari denied.

No. 83–5615.   McALPIN v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–5629.   JOHNSON v. UNITED STATES; and
No. 83–5657.   JOHNSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 713 F. 2d 654.

No. 83–5630.   BRUZZESE v. NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 83–5655.   LOFTIS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.